RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Zubaid Ibrahim Al Jarmi

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZUBAID IBRAHIM AL JARMI,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00277-RFB-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and David C. Kiebler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Zubaid Ibrahim Al Jarmi, that the Sentencing Hearing currently scheduled on March 26, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　　Additional time is needed to review the presentence investigation report with Mr. Al Jarmi. Mr. Al Jarmi is in state custody with limited visitation dates. Moreover, defense counsel is attempting to obtain medical records in order to supplement the presentence investigation report.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 11th day of March, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Raquel Lazo*<br>RAQUEL LAZO<br>Assistant Federal Public Defender | By */s/ David C. Kiebler*<br>DAVID C. KIEBLER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZUBAID IBRAHIM AL JARMI,<br><br>Defendant. | Case No. 2:22-cr-00277-RFB-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, March 26, 2024 at 8:15 a.m., be vacated and continued to May 31, 2024 at 8:30 a.m.

DATED this 13th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE

3