# EXHIBIT "A"

## NDOC Inmate Detail

**Search By Offender ID**

Offender ID: 1268574

-or-

**Search By Demographics**

First Name: [_____] Wildcard %

Last Name: [_____] Wildcard %

[ Submit ]

**NOTICE:**

The information provided here represents raw data. As such, the Nevada Department of Corrections makes no warranty or guarantee that the data is error free. The information should not be used as an official record by any law enforcement agency or any other entity.

Any questions regarding an inmate, please call Family Services at (775) 977-5707. Victims looking for inmate information please contact Victim Services at (775) 977-5733. Any questions regarding the web portal for law enforcement access to inmate information should be referred to Acting PIO Bill Quenga. email: wquenga@doc.nv.gov or (775) 977-5699

Currently the following web browsers are supported for the Inmate Search: Internet Explorer 11, Chrome, Firefox and Opera. If you are unable to view inmate photos, please use a supported browser.

**Download Offender Data**

Demographic, Alias, Booking, Parole, Release

Up to date as of 2024-04-08

## Identification and Demographics

| Name | Offender ID | Gender | Ethnic | Age | Height | Weight | Build | Complexion | Hair | Eyes | Institution | Custody Level | Aliases | Prior Felonies |
|------|-------------|--------|--------|-----|--------|--------|-------|------------|------|------|-------------|---------------|---------|----------------|
| ZUBAID AL JARMI | 1268574 | Male | NOT HISPANIC | 27 | 5'10" | 140lb | | FAIR | BLACK | BROWN | SOUTHERN DESERT CORRECTIONAL CENTER | MEDIUM | ZUBAID I AL JARMI | NO |

## Booking Information

| Offense Code | Offense Description | Sent. Status | Sent. Min | Sent. Max | Sent. PED | Sent. MPR | Sent. County | Sent. PEXD | Sent. Type | Sent. RRD | Sent. Start Date |
|--------------|---------------------|--------------|-----------|-----------|-----------|-----------|--------------|------------|------------|-----------|------------------|
| 120 | ROBBERY | Active | 0 yr. 24 mo. 0 days | 0 yr. 60 mo. 0 days | 2024-09-26 | 2024-12-05 | CLARK COUNTY COURTHOUSE | 2025-06-07 | DETERMINATE | | 2022-09-27 |

**Inmate Photo**



**Parole Hearing Details Unavailable**