Prob12B
D/NV Form
Rev. June 2014

# United States District Court
for
the District of Nevada

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**July 29, 2025**

Name of Offender: **Zubaid Ibrahim Al Jarmi**

Case Number: **2:22CR00277**

Name of Sentencing Judicial Officer: **Honorable Richard F. Boulware**

Date of Original Sentence: **April 16, 2024**

Original Offense: **Interference with Commerce by Robbery**

Original Sentence: **18 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **July 25, 2025**

Name of Assigned Judicial Officer: **Honorable Richard F. Boulware**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 180 days. You must follow the rules and regulations of the center.

## CAUSE

On April 16, 2025, Al Jarmi was sentenced to 18 months custody, followed by three years of supervised release for committing the offense of Interference with Commerce by Robbery. Supervised release commenced on July 25, 2025.

On July 29, 2025, Al Jarmi reported to the probation office without an established residence or employment. He is currently residing at a homeless shelter and does not have any familial ties in Las Vegas. He ultimately wishes to transfer his supervision to New Jersey to reside with a cousin. In the meantime, we respectfully request that his conditions be modified to include up to 180 days in the Residential Reentry Center to eliminate homelessness while he searches for housing in Las Vegas or New Jersey.

RE: Zubaid Ibrahim Al Jarmi

Prob12B
D/NV Form
Rev. June 2014

Al Jarmi is in agreement with the addition of this condition as witnessed by the signature on the attached waiver.

Should you have any question, please contact the undersigned officer.

Respectfully submitted,

Digitally signed by Brianna King
Date: 2025.07.29 14:40:04 -07'00'

Brianna King
United States Probation Officer

Approved:

Digitally signed by Amberleigh Barajas
Date: 2025.07.29 13:54:31 -07'00'

Steve Goldner
Supervisory United States Probation Officer

RE: Zubaid Ibrahim Al Jarmi

Prob12B
D/NV Form
Rev. June 2014

## THE COURT ORDERS

☐ No Action.

☐ The extension of supervision as noted above.

X The modification of conditions as noted above

☐ Other (please include Judicial Officer instructions below):

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

Signature of Judicial Officer
7/29/2025

Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 180 days. You must follow the rules and regulations of the center.

Witness _____  Signed _____
     U.S. Probation Officer                                   Probationer or Supervised Releasee

_____7-29-25_____
Date